### In re AGWI NAV. CO. et al.*

District Court, S. D. New York.

Nov. 18, 1936.

Burlingham, Veeder, Clark & Hupper, of New York City, for petitioners.

Purdy & Purdy, Gilbert D. Steiner, Gazan & Caldwell, Emil Nunez, Silas B. Axtell, Bigham, Englar, Jones & Houston, Hunt, Hill & Betts, Edwin M. Bohm, Henry E. Coleman, Thomas A. McDonald,

*Order affirmed — F.(2d) —.

Charles E. Miller, Wolf & Jacobi, John Tilney Carpenter, Arthur C. Muller, Jr., Maurice Rose, Alfred W. Meldon, Lord, Day & Lord, Henry S. Miller, and William L. Standard, all of New York City, for claimants.

KNOX, District Judge.

This is a petition to file a claim nunc pro tunc in the Morro Castle proceedings. Objection is made on the ground that the statute of limitations, 46 U.S.C.A. § 763, has run, extinguishing the right. The pendency of the limitation proceedings did not suspend the running of the statute. Petition of Clinchfield Nav. Co. (The Northwestern) (D.C.) 26 F.(2d) 290; Kavanagh v. Folsom (C.C.) 181 F. 401; In re Oceanic Steam Navigation Company (C.C.A.) 204 F. 260; Williams v. Quebec S. S. Co., Ltd. (D.C.) 126 F. 591; The Princess Sophia (D.C.) 35 F.(2d) 736, 739, 1930 A.M.C. 468, 473, affirmed (C.C.A.) 61 F.(2d) 339, 1932 A.M.C. 1562, 1592. Hence the statute is effective, the right is extinguished, and the claim may not be filed. The Harrisburg, 119 U.S. 199, 214, 7 S.Ct. 140, 30 L.Ed. 358; Western Fuel Company v. Garcia, 257 U.S. 233, 42 S.Ct. 89, 66 L.Ed. 210.